1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MAURICE SMITH
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:11-CR-00015 LKK
                                )
14              Plaintiff,      )
                                ) **ORDER AFTER HEARING**
15      v.                      )
                                )
16 MAURICE SMITH,               )
                                )
17              Defendant.      ) Judge: Hon. Lawrence K. Karlton
                                )
18 _____ )

19

20      At the status conference on August 2, 2011, at the request of the
21 parties, the Court scheduled a further status conference for August 23,
22 2010, at 9:15 a.m., and ordered time excluded under the Speedy Trial Act
23 (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through that date based on
24 counsel's representations that additional research and investigation
25 remains to be done and that the parties are discussing resolving the
26 case.
27 /////
28 /////

1    In light of counsels' representations, the Court finds that the ends
2 of justice to be served by a continuance outweigh the best interests of
3 the parties in a speedy trial, and orders time excluded from August 2,
4 2011 to August 23, 2011.
5    IT IS SO ORDERED.

7 Dated:  August 4, 2011

8 _____
LAWRENCE K. KARLTON
9 SENIOR JUDGE
UNITED STATES DISTRICT COURT