**FILED**
November 10, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MAURICE L. SMITH,<br><br>        Defendant. | Case No. 2:11-CR-00015-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MAURICE L. SMITH</u>, Case No. <u>2:11-CR-00015-LKK</u>, Charge <u>Title 18 USC § 2250 (a)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court. Defendant shall be released Monday, November 14, 2011, as near as possible to 9:00 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 10, 2011</u> at 3:50 pm.

By _____
Dale A. Drozd
United States Magistrate Judge